IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GOHLMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:25-CV-330 |
| | ) |
| STEVEN SOLIWODA, et al, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court for the Western District of Pennsylvania on November 7, 2025, after having been transferred from the United States Court of Appeals for the Seventh Circuit. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On November 25, 2025, Judge Lanzillo issued a Report and Recommendation recommending that the petition be dismissed for lack of jurisdiction because it was a second or successive petition and Petitioner did not obtain authorization from the Court of Appeals for the Third Circuit. ECF No. 3. Despite being given the notice and opportunity to file Objections to the Report and Recommendation by December 12, 2025. As of today's date, no Objections have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. §

1

636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the petition and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 9th day of January, 2026;

IT IS ORDERED that the instant petition for writ of habeas corpus is dismissed for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b). No certificate of appealability shall issue.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on November 25, 2025 [ECF No. 3] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge